**FILED JUL 29 2020**
CLERK'S OFFICE
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 2020-6345                                           DIV:

**NORBERT LEWIS**

VS.                                           SECTION 6

**MARRIOT CORPORATION, LE MERIDIEN HOTEL- NEW ORLEANS,
W-S NOLA LM PROPCO VIII, LLC**

filed                                                                                  Dy clerk

### PETITION FOR DAMAGES

The petition of Norbert Lewis, a resident of the State of New York with respect states:

1.

Made defendants here in are: Marriot International, a Delaware Corp liscnesed to do business in the State of Louisiana, Le Meridien hotel- New Orleans a subsidary of Marriot and/or a liscensee of Marriot InternationAL, and W-S Nola LM PropCp, LLC, a Delaware Limited Liability Company authorized and doing business in the State of Louisiana

2.

W-S Nola LM PropCp, LLC is believed to be the owner of the property locate as 333 Poydras St, New Orleans, La. Said property is believed to be leased to and/or operated and/or licensed by Marriott International and/ is doing business as LeMeridien Hotel- New Orleans.

3.

On or about July 29, 2019 at approximately 4:00 pm, Norbert Lewis and his wife were guest of LeMeridian Hotel while visiting the City of New Orleans.

4.

As a guest of the hotel, Norbert Lewis was authorized to and used the services of the hotel including the pool area located on the 4th floor.

5.

While using the pool, as is not unexpected in the City of New Orleans, the weather suddenly changed and a strong wind, believed to have come off the nearby river disrupted the occupants of the pool area.

6.

Suddenly without prior warning, several umbrellas situated at the various table around

**EXHIBIT A**

the pool by LeMeridan Hotel for the use and enjoyment of its guest, became separated from their positions at the table and became ariborn.

7.

One such umbrella ( with an attached pole more then 7 feet long + and 6 feet around ) while airborne headed towards young guest in the pool - several young girls on a summer trip with their parents. In an attempt to prevent injury to the other young occupants of the pool and surrounding area , Norbert Lewis attempted to " hold down" and stop one of the umbrellas which had already been dislodged from the table.

8.

The winds strengthened and carried Norbert Lewis and the umbrella further into the air causing Mr Lewis to hit a ledge and land on his back.

9.

At no time during this incident were any personnel of the Marriot International / LeMeriden Hotel available to assist the guest or monitor the premises ( although it was noted that at other times the area was monitored and hotel personnel were available to assist guest at the pool area)

10.

As a result of this incident , Norbert Lewis was injured and has continued to have problems with his shoulder and back and arm and continues to receive treatment.

11.

As a result of the incident described above, your petitioner, NORBERT LEWIS , sustained injuries to his mind and body and further avers that the defendants reliable to him for the following, non-exclusive list of damages:

(1) MEDICAL EXPENSES:

PAST, PRESENT AND FUTURE;

(2) PHYSICAL PAIN AND SUFFERING:

PAST, PRESENT AND FUTURE;

(3) MENTAL AND EMOTIONAL PAIN AND SUFFERING:

PAST, PRESENT AND FUTURE;

(4) AGGRAVATION, INCONVENIENCE AND LOSS OF ENJOYMENT:

PAST, PRESENT AND FUTURE;

(5) PERMANENT DISABILITY AND IMPAIRMENT:

FUNCTIONAL AND ANATOMICAL;

(6) INJURY TO LUMBAR BACK, SHOULDER, ARM , AND A DIAGNOSIS OF SCIATICA

(7) AGGRAVATION OF PRE-EXISTING INJURIES AND CONDITIONS;

(8) ALL OTHER DAMAGES WHICH MAY BE PROVEN AT THE TRIAL OF THIS MATTER.

12.

Petitioner avers that defendants, Marriot International , Le Meridien Hotel- New Orleans W-S Nola LM PropCp, LLC are negligent and soley responsible for the injuries sustained by Norbert Lewis as follows:

1) not properly securing the umbrellas such that the were able to dislodge and take flight during a wind thus causing a dangerous situation to their invited guest.

2) providing defective and/ or dangerous equipment and allowing such be placed around the guest which caused unreasonable risk of harm or injury.

3) not providing proper supervision of an area of the hotel

4) not properly monitoring the premises during inclement weather to insure the safety of and/ or warn of guest of potential danger.

5) Violation of La. Civil Code art. 2315; negligence.

6) . Violating applicable municipal and state regulations, laws, ordinances; and

7) . All other acts of negligence which may be proved upon the trial of this matter.

13.

Your Petitioner, Norbert Lewis, further avers that this Honorable Court has competent Venue and Jurisdiction, as the subject accident occurred in the Parish of Orleans, State of Louisiana.

**WHEREFORE, PETITIONER, NORBERT LEWIS** , prays that defendants, Marriott International , Le Meridien Hotel- New Orleans W-S Nola LM PropCp, LLC be served with this petition and that after due proceedings being had, there be a judgment rendered in favor of your petitioner, **NORBERT LEWIS** , for all damages that are reasonable under the circumstances and permitted under the law, plus judicial interest from the date of demand, all costs, expert

witness fees, and all equitable and general relief to which petitioner is entitled.

/s/ Robert Pan

_____
KIM M. O'DOWD (#10164)
Attorney at law
P.O. Box 6422
New Orleans, LA 70174
(504)393-0717
Odowdodowd@gmail.com
Attorney for Petitioner

A TRUE COPY
Brinda K
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**O'DOWD & O'DOWD**
*Attorneys at Law*
P.O. Box 6422
New Orleans, LA 70174
(504) 393-0717
ODOWDODOWD@GMAIL.COM

FILED
2020 JUL 30 PM 2: 03
CIVIL
DISTRICT *George O'Dowd*

*Kim M O'Dowd*

Clerk of Court
Civil District Court for the Parish of Orleans

## NORBERT LEWIS

### VS.

## MARRIOTT CORPORATION, LE MERIDIEN HOTEL- NEW ORLEANS, W-S NOLA LM PROPCO VIII, LLC

### PETITION FOR DAMAGES

Please Serve:

Marriott International, Inc.
Through proper agent - CT Corp
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

LeMeridian Hotel N.O.
Through proper agent - CT Corp
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

W- S NOLA LM PROPCO VIII, LLC
Through their agent - CT Corp
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Kim M. Odowd

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ATTORNEY'S NAME: ODowd, Kim M 10164
AND ADDRESS: 4650 Gen DeGaulle Drive Ste. 100, New Orleans, LA 70131

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2020-06345 | DIVISION: L | SECTION: 06 |
|---|---|---|
| | LEWIS, NORBERT | |

Versus

MARRIOT CORPORATION ET AL

### CITATION

TO: W-S NOLA LM PROPCO VIII, LLC
THROUGH: THEIR AGENT- CT CORP
3867 PLAZA TOWER DR., BATON ROUGE, LA 70816

I made service on the named party through the CT Corporation

AUG 2 1 2020

by tendering a copy of this document to Ashley Minvielle

E. CUMMINS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 31, 2020

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Akia Nevills, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of ___ served a copy of the within Petition for Damages ON W-S NOLA LM PROPCO VIII, LLC THROUGH: THEIR AGENT- CT CORP Returned the same day No. ___ Deputy Sheriff of ___ Mileage: $ ___ / ENTERED / PAPER RETURN SERIAL NO. DEPUTY PARISH | On this ___ day of ___ served a copy of the within Petition for Damages ON W-S NOLA LM PROPCO VIII, LLC THROUGH: THEIR AGENT- CT CORP by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said W-S NOLA LM PROPCO VIII, LLC being absent from the domicile at time of said service. Returned the same day ___ No. ___ Deputy Sheriff of ___ |

RECEIVED
AUG 2 0 2020
E.B.R. SHERIFF'S OFFICE

ORLEANS PARISH SHERIFF'S OFFICE
2020 JUL 35 PM 5: 40
RECEIVED

ID: 10502900                    Page 1 of 1

ATTORNEY'S NAME: ODowd, Kim M 10164
AND ADDRESS: 4650 Gen DeGaulle Drive Ste. 100, New Orleans, LA 70131

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2020-06345　　　　DIVISION: L　　　　SECTION: 06

**LEWIS, NORBERT**

Versus

**MARRIOT CORPORATION ET AL**

### CITATION

TO: MARRIOTT INTERNATIONAL, INC.
THROUGH: PROPER AGENT- CT CORP
3867 PLAZA TOWER DR., BATON ROUGE, LA 70816

I made service on the named party through the CT Corporation AUG 2 1 2020 by tendering a copy of this document to Ashley Minvielle
E. CUMMINS
Legal Sheriff, Parish of East Baton Rouge, Louisiana

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 31, 2020

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Akia Nevills, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ the within _____ served a copy of **Petition for Damages** ON **MARRIOTT INTERNATIONAL, INC.** THROUGH: **PROPER AGENT- CT CORP** Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER　RETURN SERIAL NO.　DEPUTY　PARISH | On this _____ day of _____ the within _____ served a copy of **Petition for Damages** ON **MARRIOTT INTERNATIONAL, INC.** THROUGH: **PROPER AGENT- CT CORP** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **MARRIOTT INTERNATIONAL, INC.** being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ORLEANS PARISH SHERIFF'S OFFICE 2020 JUL 35 PM 5:40 RECEIVED

RECEIVED
AUG 2 0 2020
E.B.R. SHERIFF'S OFFICE

ID: 10502901
Page 1 of 1



**State of Louisiana Secretary of State**

**COMMERCIAL DIVISION**
**225.925.4704**

**Fax Numbers**
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, LLC | Limited Liability Company (Non-Louisiana) | BETHESDA | Active |

**Previous Names**

    STARWOOD HOTELS & RESORTS WORLDWIDE, INC. (Changed: 11/1/2016)

    STARWOOD LODGING CORPORATION (Changed: 2/9/1998)

| | |
|---|---|
| **Business:** | STARWOOD HOTELS & RESORTS WORLDWIDE, LLC |
| **Charter Number:** | 34553571Q |
| **Registration Date:** | 3/10/1997 |

**Domicile Address**

    10400 FERNWOOD ROAD

    DEPT 52 / 924

    BETHESDA, MD 20817

**Mailing Address**

    10400 FERNWOOD ROAD

    DEPARTMENT 52/862

    BETHESDA, MD 20817

**Principal Business Office**

    10400 FERNWOOD ROAD

    DEPARTMENT 52/862

    BETHESDA, MD 20817

**Registered Office in Louisiana**

    3867 PLAZA TOWER DR.

    BATON ROUGE, LA 70816

**Principal Business Establishment in Louisiana**

    3867 PLAZA TOWER DR

    BATON ROUGE, LA 70816

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **Qualified:** | 3/10/1997 |
| **Last Report Filed:** | 4/29/2020 |

| Type: | Limited Liability Company (Non-Louisiana) |
|---|---|

## Registered Agent(s)

| Agent: | C T CORPORATION SYSTEM |
|---|---|
| Address 1: | 3867 PLAZA TOWER DR. |
| City, State, Zip: | BATON ROUGE, LA 70816 |
| Appointment Date: | 2/26/2018 |

## Officer(s)     Additional Officers: No

| Officer: | MARS MERGER SUB, LLC |
|---|---|
| Title: | Member |
| Address 1: | 10400 FERNWOOD ROAD |
| Address 2: | DEPARTMENT 52/862 |
| City, State, Zip: | BETHESDA, MD 20817 |

## Amendments on File (6)

| Description | Date |
|---|---|
| Name Change | 2/9/1998 |
| Stmt of Chg or Chg Prin Bus Off | 1/29/2008 |
| Stmt of Chg or Chg Prin Bus Off | 10/18/2015 |
| Conversion | 11/1/2016 |
| Name Change | 11/1/2016 |
| Foreign LLC Statement of Change | 2/26/2018 |

Print

# MARS MERGER SUB, LLC

*Incorporated 4 years, 10 months ago*

## KEY DATA

| | |
|---|---|
| **Company Name** | Mars Merger Sub, Llc |
| **Company Number** | 5873374 |
| **Company Status** | Unknown |
| **Company Type** | Limited Liability Company |
| **Jurisdiction** | DE |
| **Incorporation Date** | 10 November 2015  (4 years, 10 months ago) |

## AGENT

| | |
|---|---|
| **Agent Name** | Corporate Creations Network Inc |
| **Agent Address** | 3411 Silverside rd #104 Rodney Building<br>Wilmington<br>DE<br>19810 |
| **Total Companies** | There are over 10,000 other companies formed by this agent |

**EXHIBIT C**

## SAME AGENT

Tctspe, Llc (https://www.delawarelookup.com/company/6013404/tctspe-llc)

IPCP Florida Realty Value Fund Ii, L.P. (https://www.delawarelookup.com/company/6013402/ipcp-florida-realty-value-fund-ii-lp)

Global Passive Investments 3, Llc (https://www.delawarelookup.com/company/6013236/global-passive-investments-3-llc)

Lupita Inc. (https://www.delawarelookup.com/company/6013134/lupita-inc)

TERMS (HTTPS://WWW.DELAWARELOOKUP.COM/TERMS)
PRIVACY (HTTPS://WWW.DELAWARELOOKUP.COM/PRIVACY)

©2016-20 Delaware Lookup. All rights reserved.



| | | | |
|---|---|---|---|
| | **State of Louisiana Secretary of State** | **COMMERCIAL DIVISION** 225.925.4704 | |
| | | **Fax Numbers** 225.932.5317 (Admin. Services) 225.932.5314 (Corporations) 225.932.5318 (UCC) | |

| Name | Type | City | Status |
|---|---|---|---|
| MARRIOTT INTERNATIONAL, INC. | Business Corporation (Non-Louisiana) | WILMINGTON | Active |

**Previous Names**

   NEW MARRIOTT MI, INC. (Changed: 4/9/1998)

| | |
|---|---|
| **Business:** | MARRIOTT INTERNATIONAL, INC. |
| **Charter Number:** | 34576704F |
| **Registration Date:** | 11/10/1997 |

**Domicile Address**

   3411 SILVERSIDE ROAD RODNEY BUILDING #104

   WILMINGTON, DE 19810

**Mailing Address**

   P.O. BOX 696582

   SAN ANTONIO, TX 782696582

**Principal Business Office**

   10400 FERNWOOD RD.

   DEPT 52 / 924.13

   BETHESDA, MD 20817

**Registered Office in Louisiana**

   3867 PLAZA TOWER DR.

   BATON ROUGE, LA 70816

**Principal Business Establishment in Louisiana**

   3867 PLAZA TOWER DR.

   BATON ROUGE, LA 70816

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **Qualified:** | 11/10/1997 |
| **Last Report Filed:** | 10/14/2019 |
| **Type:** | Business Corporation (Non-Louisiana) |

**EXHIBIT D**

## Registered Agent(s)

| **Agent:** | C T CORPORATION SYSTEM |
|---|---|

| | |
|---|---|
| **Address 1:** | 3867 PLAZA TOWER DR. |
| **City, State, Zip:** | BATON ROUGE, LA 70816 |
| **Appointment Date:** | 2/22/2018 |

## Officer(s)     Additional Officers: No

| | |
|---|---|
| **Officer:** | ARNE M. SORENSON |
| **Title:** | President |
| **Address 1:** | 10400 FERNWOOD RD. |
| **Address 2:** | DEPT 52 / 924.13 |
| **City, State, Zip:** | BETHESDA, MD 20817 |

| | |
|---|---|
| **Officer:** | CAROLYN BURRIS HANDLON |
| **Title:** | Treasurer |
| **Address 1:** | 10400 FERNWOOD RD |
| **Address 2:** | DEPT 52 / 924.13 |
| **City, State, Zip:** | BETHESDA, MD 20817 |

| | |
|---|---|
| **Officer:** | SONIA GREENE |
| **Title:** | Officer |
| **Address 1:** | 10400 FERNWOOD RD |
| **City, State, Zip:** | BETHESDA, MD 20817 |

| | |
|---|---|
| **Officer:** | JW MARRIOTT |
| **Title:** | Director |
| **Address 1:** | 10400 FERNWOOD RD |
| **City, State, Zip:** | BETHESDA, MD 20817 |

| | |
|---|---|
| **Officer:** | BAO GIANG BAUDUIN |
| **Title:** | Vice-President |
| **Address 1:** | 10400 FERNWOOD RD |
| **City, State, Zip:** | BETHESDA, MD 20817 |

| | |
|---|---|
| **Officer:** | MARGERY BRENEMAN |
| **Title:** | Officer |
| **Address 1:** | 10400 FERNWOOD RD |
| **City, State, Zip:** | BETHESDA, MD 20817 |

| | |
|---|---|
| **Officer:** | BANCROFT GORDON |
| **Title:** | Secretary |
| **Address 1:** | 10400 FERNWOOD RD |
| **City, State, Zip:** | BETHESDA, MD |

## Amendments on File (7)

| Description | Date |
|---|---|
| Name Change | 4/9/1998 |
| Stmt of Chg or Chg Prin Bus Off | 8/3/1998 |
| Stmt of Chg or Chg Prin Bus Off | 9/26/2005 |

| | |
|---|---|
| Revoked | 3/24/2006 |
| Reinstatement | 6/20/2006 |
| Stmt of Chg or Chg Prin Bus Off | 11/27/2012 |
| Stmt of Chg or Chg Prin Bus Off | 2/22/2018 |

**Print**



(https://www.sos.la.gov/Pages/default.aspx)

Search for Louisiana Business Filings

To file amendments, such as an annual report, please navigate to geauxBIZ (https://geauxBIZ.sos.la.gov). If this is your first visit to geauxBIZ, you can create an account, and then click Add Existing Business to associate a business, view business details, and file amendments.

| Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record |

| Name | Type | City | Status |
|---|---|---|---|
| W-S NOLA LM OPCO VIII, L.L.C. | Limited Liability Company (Non-Louisiana) | WILMINGTON | Active |

**Previous Names**
Business: W-S NOLA LM OPCO VIII, L.L.C.
Charter Number: 43680960Q
Registration Date: 11/22/2019

**Domicile Address**
  1209 ORANGE STREET
  WILMINGTON, DE 19801

**Mailing Address**
  900 N. MICHIGAN AVE., STE. 1900
  CHICAGO, IL 60611

**Principal Business Office**
  900 N. MICHIGAN AVE., STE. 1900
  CHICAGO, IL 60611

**Registered Office in Louisiana**
  3867 PLAZA TOWER DR
  BATON ROUGE, LA 70816

**Principal Business Establishment in Louisiana**
  333 POYDRAS STREET
  NEW ORLEANS, LA 70130

**Status**
Status: Active
Annual Report Status: In Good Standing
Qualified: 11/22/2019
Last Report Filed: N/A
Type: Limited Liability Company (Non-Louisiana)

EXHIBIT E

**Registered Agent(s)**

| | |
|---|---|
| Agent: | C T CORPORATION SYSTEM |
| Address 1: | 3867 PLAZA TOWER DR. |
| City, State, Zip: | BATON ROUGE, LA 70816 |
| Appointment Date: | 11/22/2019 |

**Officer(s)**                                                          Additional Officers: No

| | |
|---|---|
| Officer: | W-S NOLA LM OPCO HOLDINGS VIII, L.L.C. |
| Title: | Member |
| Address 1: | 900 N. MICHIGAN AVE |
| Address 2: | STE. 1900 |
| City, State, Zip: | CHICAGO, IL 60611 |

**Amendments on File**

**No Amendments on file**

Back to Search Results    New Search    View Shopping Cart

© 2020 Louisiana Department of State

# W TRS OPCO HOLDINGS VIII, L.L.C.

*Incorporated 4 years, 6 months ago*

## KEY DATA

| | |
|---|---|
| **Company Name** | W Trs Opco Holdings Viii, L.L.C. |
| **Company Number** | 5983385 |
| **Company Status** | Unknown |
| **Company Type** | Limited Liability Company |
| **Jurisdiction** | DE |
| **Incorporation Date** | 8 March 2016  (4 years, 6 months ago) |

## AGENT

| | |
|---|---|
| **Agent Name** | The Corporation Trust Company |
| **Agent Address** | Corporation Trust Center 1209 Orange St<br>Wilmington<br>DE<br>19801 |
| **Total Companies** | There are over 700,000 other companies formed by this agent |

**EXHIBIT F**

## SAME AGENT

PFI One, Llc (https://www.delawarelookup.com/company/6014095/pfi-one-llc)

Tob'Anik Usa Incorporated (https://www.delawarelookup.com/company/6014074/tobanik-usa-incorporated)

Orange Subco Llc (https://www.delawarelookup.com/company/6013944/orange-subco-llc)

Headwaters Construction Materials, Llc (https://www.delawarelookup.com/company/6013923/headwaters-construction-materials-llc)

TERMS (HTTPS://WWW.DELAWARELOOKUP.COM/TERMS)
PRIVACY (HTTPS://WWW.DELAWARELOOKUP.COM/PRIVACY)

©2016-20 Delaware Lookup. All rights reserved.

**From:** Laurie Young <Laurie.Young@arlaw.com>
**Sent:** Thursday, September 3, 2020 9:41 AM
**To:** Odowdodowd@gmail.com
**Subject:** Norbert Lewis v. Marriott: Extension of time to answer suit

Hello Kim –

In follow up to our call just earlier this morning, I will be representing the defendants in this matter. Am looking at removal given we both expect the damages to exceed $75K, the diversity threshold.

Thank you for the extension of an additional 20 days, or until September 25th, to answer the suit. I appreciate your professional courtesy.

Best regards - Laurie

**EXHIBIT G**

1